AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-247

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALL FEDERAL GOVT DEFENDANTS
was received by me on *(date)* FEB 2, 2019.

☐ I personally served the summons on the individual at *(place)*
         on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ALL FEDERAL DEFENDANTS , who is
designated by law to accept service of process on behalf of *(name of organization)*
BY REGISTERED MAIL on *(date)* APRIL 1, 2019 ; or

☐ I returned the summons unexecuted because : or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: APRIL 23, 2019

*Stuart J Bassin*
Server's signature

STUART J. BASSIN, ESQ.
Printed name and title

1629 K STREET, NW   WASH, DC
Server's address

Additional information regarding attempted service, etc: