UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE SILVER and MONTE SILVER, LTD, an Israel corporation,<br><br>              *Plaintiffs,*<br>   vs.<br><br>INTERNAL REVENUE SERVICE; UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES RETTIG, in his official capacity as Commissioner of Internal Revenue; and STEVEN MNUCHIN, in his official capacity as United States Secretary of the Treasury,<br><br>              *Defendants* | Case No.  1:19-cv-00247-APM<br><br>Judge Amit P. Mehta |

ERRATA

A series of docket entries during the past several weeks have raised questions regarding whether the summons and return of service process has been completed.  This filing is designed to clarify the current status of that process.

The complaint and amended complaint name the same four defendants—two agencies of the United States (the Internal Revenue Service and the Department of the Treasury) ands two officers of the United States in their official capacity (Internal Revenue Service Commissioner Charles Rettig and Secretary of the Treasury Steven Mnuchin).  Pursuant to Fed. R. Civ. P. 4(i)(1) and (2), a summons must be served upon each of the four defendants, the civil-process clerk at the United States attorney's office, and upon the Attorney General at Washington, DC.

Docket entries 9, 10, and 11 reflect that service was completed several weeks ago upon the civil-process clerk at the United States attorney's office, Mr. Rettig and Mr. Mnuchin. Plaintiffs served the defendant agencies and the Attorney General earlier this week, as reflected in docket entries 16, 17, and 18.

DATED:  May 14, 2019

                                            Respectfully submitted,

                                            /s/  Stuart J. Bassin
                                            STUART J. BASSIN
                                            The Bassin Law Firm PLLC
                                            1629 K Street, NW, Suite 300
                                            Washington, DC  20006
                                            202/895-0969
                                            sjb@bassinlawfirm.com