**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SILVER, et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | )    No. 1:19-cv-247-APM |
| INTERNAL REVENUE SERVICE, et al., | ) ) ) |
|     Defendants. | ) ) |

## MOTION TO DISMISS

Defendants move to dismiss the complaint under Fed. R. Civ. 12(b)(1) for lack of subject matter jurisdiction. The Plaintiffs lack standing and, moreover, the suit is barred by the Anti-Injunction Act. Thus, for reasons more fully set forth in the accompanying memorandum, this action should be dismissed with prejudice. A proposed order also accompanies this motion.

//

//

//

//

1

| | |
|---|---|
| DATED: July 1, 2019 | JESSIE K. LIU<br>United States Attorney<br><br>RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General<br><br>*/s/ Nishant Kumar*<br>JOSEPH A. SERGI (D.C. Bar No. 480837)<br>Senior Litigation Counsel<br>LAURA M. CONNER (VA Bar No. 40388)<br>NISHANT KUMAR (D.C. Bar No. 1019053)<br>Trial Attorneys<br>Tax Division<br>U.S. Department of Justice<br>Post Office Box 227<br>Washington, DC 20044<br>Tel: (202) 514-2986<br>Fax: (202) 514-6866<br>Nishant.kumar@usdoj.gov<br>Joseph.a.sergi@usdoj.gov<br>Laura.m.conner@usdoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, July 1, 2019, I electronically filed the foregoing motion to dismiss, memorandum in support and proposed order with the Clerk of the Court using the CM/ECF system.

*/s/ Nishant Kumar*
NISHANT KUMAR