# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVER, et al.,            ) | |
|                            ) | |
|     Plaintiffs,            ) | |
|                            ) | |
|     v.                     ) | No. 1:19-cv-247-APM |
|                            ) | |
| INTERNAL REVENUE SERVICE, et al., ) | |
|                            ) | |
|     Defendants.            ) | |
|                            ) | |

## NOTICE OF CERTIFIED LIST OF CONTENTS OF ADMINISTRATIVE RECORD

The defendant, the United States gives notice that it provides here a certified list of the contents of the administrative record, in compliance with Local Rule 7(n).  Attached as Exhibits A-1 and A-2 are the certification and the list, respectively.

DATED: July 1, 2019

JESSIE K. LIU
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Nishant Kumar*
JOSEPH A. SERGI (D.C. Bar No. 480837)
Senior Litigation Counsel
LAURA M. CONNER (VA Bar No. 40388)
NISHANT KUMAR (D.C. Bar No. 1019053)
Trial Attorneys
Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Tel: (202) 514-2986
Fax: (202) 514-6866
Nishant.kumar@usdoj.gov
Joseph.a.sergi@usdoj.gov
Laura.m.conner@usdoj.gov