UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE SILVER and MONTE SILVER, LTD, an Israel corporation,<br><br>              *Plaintiffs,*<br>   vs.<br><br>INTERNAL REVENUE SERVICE; UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES RETTIG, in his official capacity as Commissioner of Internal Revenue; and STEVEN MNUCHIN, in his official capacity as United States Secretary of the Treasury,<br><br>              *Defendants* | Case No.  1:19-cv-00247-APM<br><br><br><br><br><br>Judge Amit P. Mehta |

ERRATA

On July 15, 2019, plaintiffs filed a brief in opposition to a defendant's motion to dismiss, along with a proposed order and a supporting declaration.  The ECF system, however, would not accept two files containing supporting exhibits.  Plaintiffs are now filing the exhibits with this pleading.

DATED:  July 16, 2019

                                                               Respectfully submitted,

                                                              /s/  Stuart J. Bassin
                                                              STUART J. BASSIN
                                                             The Bassin Law Firm PLLC
                                                             1629 K Street, NW, Suite 300
                                                             Washington, DC  20006
                                                             202/895-0969
                                                             sjb@bassinlawfirm.com

1