IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE SILVER and MONTE SILVER, LTD., an Israeli corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE; UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES RETTIG, in his official capacity as Commissioner of Internal Revenue; and STEVEN MNUCHIN, in his official capacity as United States Secretary of the Treasury,<br><br>Defendants | CASE NO. 1:19-cv-247-APM |

**PLAINTIFFS' MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO DISMISS**

Plaintiffs respectfully request that the Court expedite its consideration of Defendants' motion to dismiss. Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel has forwarded a draft of this motion to Defendant's counsel, but has not received a response regarding the position of the Government on this motion.

As good cause for allowance of this motion, plaintiffs state that a prompt decision is necessary to prevent a rapidly approaching statute of limitations from barring plaintiffs from ever obtaining relief in the future.

Plaintiffs are small businesses who brought this action under the Regulatory Flexibility Act. 5 U.S.C. Section 601 *et seq*. (the "RFA"). Petitioners' complaint and amended complaint contend that the Final Regulations relating to the Transition Tax

violated the RFA.  Under the RFA, a small business adversely affected or aggrieved by final action has one year from the date of the final agency action to enforce its rights under the RFA.  5 USC 611.

Here, the regulations were issued on January 15, 2019, and a challenge to the regulations must, therefore, be filed on or before January 15, 2020.

While the complaint in this case was filed within that statute of limitations, the Government's motion to dismiss contends that the Court lacks jurisdiction as the action is premature under the Anti-Injunction Act.  Plaintiffs have opposed the motion to dismiss and argue that the Court has jurisdiction over their claims.

To avoid substantial prejudice arising from the statute of limitations, plaintiffs move the court to issue a decision on this case before January 15, 2020.  In addition, plaintiffs request that if the action is dismissed as premature, this occur only after Defendants present the Court and plaintiffs with the adequate alternative forum which Defendants claim Plaintiffs have, in which the latter can fairly pursue their rights under the RFA.  As plaintiffs have both plead and established, they have been adversely affected and aggrieved by the final action.  However, weeks before the statute runs, to the best of Monte Silver's knowledge after his significant inquiry into the matter, he has no alternative forum at all.  Second, Monte Silver, Ltd. has no alternative forum as a matter of law.  The underlying statute imposes the Transition Tax only on shareholders, never on the corporation.  Thus it is impossible for the company to sue for a refund.

3

WHEREFORE, plaintiffs respectfully request that the Court expedite its ruling on the pending motion to dismiss.  A proposed order is attached.

Respectfully submitted,

/s/  Stuart J. Bassin

STUART J. BASSIN
The Bassin Law Firm PLLC
1629 K Street, NW, Suite 300
Washington, DC  20006
202/895-0969
sjb@bassinlawfirm.com

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE SILVER and MONTE SILVER, LTD, an Israel corporation,<br><br>   *Plaintiffs,*<br> vs.<br><br>INTERNAL REVENUE SERVICE; UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES RETTIG, in his official capacity as Commissioner of Internal Revenue; and STEVEN MNUCHIN, in his official capacity as United States Secretary of the Treasury,<br>   *Defendants* | Case No. 1:19-cv-00247-APM<br><br>Judge Amit P. Mehta |

ORDER (Proposed)

The Court grants plaintiffs' motion to expedite decision.

_____
Judge Amit P. Mehta