**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SILVER, et al., )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, et al., )<br>)<br>  Defendants. )<br>_____ ) | No. 1:19-cv-247-APM |

**MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants move the Court to allow them 62 additional days, or until Monday, March 9, 2020, to file their response to the First Amended Complaint.

Plaintiffs, Monte Silver and Monte Silver, Ltd., filed an initial Complaint and then a First Amended Complaint challenging regulations issued last year under Internal Revenue Code section 965. Defendants moved to dismiss on jurisdictional grounds. The Court denied the motion to dismiss on December 24, 2019. As a result, Defendants' response now is due today, January 7, 2020. Between the intervening holidays and scheduled leave, all three trial attorneys for Defendants have been out of the office for the bulk of the time since the Court issued its order denying the motion to dismiss. In addition, the First Amended Complaint is lengthy and detailed and it will take considerable time to prepare an adequate response. Defendants do not present this motion for unnecessary delay, but to secure time to prepare an adequate response that will promote the efficient resolution of the issues in this action.

Plaintiffs' counsel and Defendants' counsel have exchanged an email and voice message in an attempt to confer about Defendants' request, but so far have been unable to reach each

1

other to converse about Defendants' request.  Plaintiffs' counsel has advised that Plaintiffs will file a response to this motion promptly.

    For the foregoing reasons, Defendants ask the Court to allow them until March 9, 2020, to file their response to the First Amended Complaint.  A proposed order accompanies this motion.

DATED: January 7, 2019                      RICHARD E. ZUCKERMAN
                                               Principal Deputy Assistant Attorney General

                                               */s/ Nishant Kumar*
                                               JOSEPH A. SERGI (D.C. Bar No. 480837)
                                             Senior Litigation Counsel
                                             LAURA M. CONNER (VA Bar No. 40388)
                                             NISHANT KUMAR (D.C. Bar No. 1019053)
                                             Trial Attorneys
                                             Tax Division
                                             U.S. Department of Justice
                                             Post Office Box 227
                                             Washington, DC 20044
                                             Tel: (202) 514-2986
                                             Fax: (202) 514-6866
                                             Nishant.kumar@usdoj.gov
                                             Joseph.a.sergi@usdoj.gov
                                             Laura.m.conner@usdoj.gov