IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:19-cv-247-APM |
| ) | |
| INTERNAL REVENUE SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' OPPOSITION
TO PLAINTIFFS' MOTION TO COMPEL AND FOR OTHER RELIEF**

Plaintiffs' motion to compel production of the administrative record (Doc. 32) is premature and should be denied. As discussed in more detail below, it is not yet time for a scheduling conference between the parties, and the time to respond to Plaintiffs' early request for production has not begun to run.

Plaintiffs filed an initial Complaint and then a First Amended Complaint challenging regulations issued last year under Internal Revenue Code section 965. Defendants moved to dismiss on jurisdictional grounds. After the Court denied the motion to dismiss on December 24, 2019, Defendants moved to extend their deadline to answer. Defendants did not oppose that motion, but "urge[d] the Court to condition allowance of the motion for extension upon defendants' production of the administrative record within 14 days of the order granting the motion." (Doc. 31 ¶ 3.) As in their present motion to compel, Plaintiffs cited their need of the administrative record to present their case, as well as their Rule 34 request for production of the record that they had served near the outset of the case. (Doc. 31 ¶ 2.) The Court allowed Defendants until February 7, 2020, to answer, but declined Plaintiffs' request to condition an extension on producing the administrative record within any set time. (Minute Order, Jan. 9,

1

2020.)  Instead, the Court provided that, after the answer is filed, it "will issue an order requiring the parties to meet and confer and propose a summary judgment briefing schedule." (Minute Order, Jan. 9, 2020.)

On January 17, Plaintiffs' counsel emailed a letter dated January 16 to Defendants' counsel, again demanding production of the administrative record.  (Doc. 32-2 at 15-16.)  Given the Court's announcement that it will issue an order requiring the parties to meet and confer and propose a summary judgment briefing schedule *after* Defendants file their answer, Defendants' counsel wrote to Plaintiffs' counsel that it makes sense to address all scheduling issues related to summary judgment, including the production of the administrative record, at that time. (Doc. 32-2 at 17-18).  As Defendants' counsel also advised in their letter, Defendants are prepared to produce the administrative record in accordance with the Court's scheduling order.

But currently there is no scheduling order.  Indeed, the Court has not yet set a deadline by which the parties are to confer to even *propose* a scheduling order.  Rather, the Court's earlier order contemplates this will happen after Defendants file their answer, which was due and filed on February 7.  At bottom, Plaintiffs cannot seek to compel compliance with a scheduling order that does not even exist yet.

Nothing else entitles Plaintiffs to a premature response to their Rule 34 request for a copy of the administrative record, either, even assuming formal discovery rules apply to this suit for review of administrative action.  Plaintiffs mailed that discovery request to the IRS on March 27, 2019, along with a summons and a copy of the Amended Complaint.  Although early requests for production are allowed under Rule 26(d)(2), they cannot be delivered to a party until 21 days after service of the summons and Complaint.  *See* Fed. R. Civ. P. 26(d)(2)(A).  As Plaintiffs never served the initial Complaint and only served the discovery with the Amended Complaint

and summons, Plaintiffs did not wait the requisite period to deliver the early request for production. But even if they had, Defendants' response still would not be due yet. Early requests for production are not deemed served until the first Rule 26(f) conference. *See* Fed. R. Civ. P 26(d)(2)(B). So far the parties have had no Rule 26(f) conference in this case. As a result, the time to respond to Plaintiffs' request for production still has not begun to run, and will not begin to run until the parties have the scheduling meeting yet to be ordered by the Court.

Defendants are working to complete the preparation of the administrative record so that it will be ready to produce in accordance with the future scheduling order contemplated in the Court's Minute Order of January 9. And, as Defendants' counsel told Plaintiffs' counsel during their telephone conversation on January 31, they expect to have a more precise report of the volume of the administrative record by the time the parties have their Rule 26(f) conference to propose a scheduling order, as Defendants agree that information is important to the parties' ability to propose reasonable briefing deadlines.

In any event, Plaintiffs have no grounds to seek to compel the production of an administrative record that is not yet due. Plaintiffs *already* asked the Court for similar relief, and the Court declined to grant it, deciding instead that it would issue an order for the parties to propose scheduling deadlines after Defendants have answered. The Court has yet to do that, and thus Defendants ask the Court to deny Plaintiffs' motion. A proposed order accompanies this opposition.

//

//

//

DATED: February 7, 2020

                                  RICHARD E. ZUCKERMAN
                                  Principal Deputy Assistant Attorney General

                                */s/ Nishant Kumar*
                                JOSEPH A. SERGI (D.C. Bar No. 480837)
                                Senior Litigation Counsel
                                LAURA M. CONNER (VA Bar No. 40388)
                                NISHANT KUMAR (D.C. Bar No. 1019053)
                                Trial Attorneys
                                Tax Division
                                U.S. Department of Justice
                                Post Office Box 227
                                Washington, DC 20044
                                Tel: (202) 514-2986
                                Fax: (202) 514-6866
                                Nishant.kumar@usdoj.gov
                                Joseph.a.sergi@usdoj.gov
                                Laura.m.conner@usdoj.gov