## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **MONTE SILVER, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 19-cv-247 (APM)** |
| | ) | |
| **INTERNAL REVENUE SERVICE, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## <u>ORDER</u>

Plaintiff filed this Administrative Procedure Act (APA) action on January 30, 2019. *See* ECF No. 1. Defendant filed an answer on February 7, 2020. *See* ECF No. 34. Cases filed under the APA are exempt from the requirements of Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3. *See* LCvR 16.3(b). Accordingly, it is hereby ordered that the parties shall meet and confer and file a Joint Status Report on or before March 2, 2020, that proposes a briefing schedule for dispositive motions. The proposed briefing schedule should also include dates for the filing of the administrative record and an appendix containing excerpts of the administrative record, as required by Local Civil Rule 7(n).

Counsel shall not contact chambers directly concerning scheduling or other matters, as chambers personnel will not handle questions relating to the status or scheduling of pending matters, except in case of an emergency. In an emergency, chambers can be reached at 202-354-3250.

Dated: February 10, 2020

Amit P. Mehta
United States District Court Judge