UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE SILVER and MONTE SILVER, LTD, an Israel corporation,<br><br>*Plaintiffs,*<br>vs.<br><br>INTERNAL REVENUE SERVICE; UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES RETTIG, in his official capacity as Commissioner of Internal Revenue; and STEVEN MNUCHIN, in his official capacity as United States Secretary of the Treasury,<br><br>*Defendants* | Case No. 1:19-cv-00247-APM<br><br><br>Judge Amit P. Mehta |

JOINT STATUS REPORT

The Court's order of February 10, 2020, ordered the parties to—

meet and confer and file a Joint Status Report on or before March 2, 2020, that proposes a briefing schedule for dispositive motions. The proposed briefing schedule should also include dates for the filing of the administrative record and an appendix containing excerpts of the administrative record, as required by Local Civil Rule 7(n).

Since receiving that order, the parties have conferred and exchanged drafts of the requested status report on several occasions.

Based upon those conversations, the parties propose as follows—

1) Defendants shall file the administrative record by no later than April 2, 2020. The administrative record shall be provided in electronic form with each page bates-numbered sequentially.

2)	Plaintiffs shall file their motion for summary judgment based upon the administrative record by May 19, 2020.

3)	Defendants shall file their response, which will likely contain a cross-motion for summary judgment, by July 20, 2020.

4)	Plaintiffs shall file their reply (if any) by August 19, 2020.

5)	Defendants shall file their reply (if any) by Sept. 18, 2020.

6)	Plaintiffs shall take the lead in preparing and filing the required appendix containing excerpts from the administrative record.  The appendix shall be filed by October 9, 2020.

Defendants' counsel has participated in drafting this joint status report, reviewed drafts of the report, and authorized plaintiffs to file on behalf of both parties.

Respectfully submitted,

s/ Stuart J. Bassin

STUART J. BASSIN
The Bassin Law Firm PLLC
1629 K Street, NW, Suite 300
Washington, DC  20006
202/895-0969
sjb@bassinlawfirm.com