**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SILVER, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:19-cv-247-APM |
| INTERNAL REVENUE SERVICE, et al., | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF FILING ADMINISTRATIVE RECORD AND TABLE OF CONTENTS**

Defendants file the attached administrative record related to the above-named action in accordance with the Court's Minute Order of February 28, 2020.[1] Each page of the record is labeled sequentially, from ADMIN_000001 through ADMIN_003891. For ease of reference, Defendants include the following table of contents.

**TABLE OF CONTENTS**

**Bibliography**


Case Law

*H.H. Robertson Co. v. Commissioner*, 59 T.C. 53 (1972). ADMIN_000001

*H.H. Robertson Co. v. Commissioner*, 500 F.2d 1399 (1974). ADMIN_000028

Internal Revenue Code Sections

Section 11 ADMIN_000029

Section 26 ADMIN_000031

Section 27 ADMIN_000034


[1] The certification of this administrative record has been slightly delayed but will be filed as soon as possible.

| | |
|---|---|
| Section 55 | ADMIN_000035 |
| Section 56 | ADMIN_000041 |
| Section 62 | ADMIN_000049 |
| Section 63 | ADMIN_000057 |
| Section 67 | ADMIN_000062 |
| Section 78 | ADMIN_000065 |
| Section 163 | ADMIN_000066 |
| Section 164 | ADMIN_000088 |
| Section 172 | ADMIN_000094 |
| Section 243 | ADMIN_000100 |
| Section 245A | ADMIN_000103 |
| Section 267 | ADMIN_000106 |
| Section 312 | ADMIN_000114 |
| Section 316 | ADMIN_000122 |
| Section 318 | ADMIN_000124 |
| Section 351 | ADMIN_000128 |
| Section 367 | ADMIN_000134 |
| Section 368 | ADMIN_000139 |
| Section 381 | ADMIN_000145 |
| Section 461 | ADMIN_000151 |
| Section 481 | ADMIN_000162 |
| Section 645 | ADMIN_000165 |
| Section 671 | ADMIN_000167 |
| Section 702 | ADMIN_000168 |
| Section 705 | ADMIN_000170 |
| Section 707 | ADMIN_000172 |
| Section 721 | ADMIN_000175 |
| Section 743 | ADMIN_000176 |
| Section 856 | ADMIN_000180 |
| Section 857 | ADMIN_000210 |
| Section 864 | ADMIN_000226 |
| Section 901 | ADMIN_000243 |
| Section 902 | ADMIN_000254 |
| Section 904 | ADMIN_000258 |
| Section 951 | ADMIN_000280 |
| Section 952 | ADMIN_000283 |
| Section 954 | ADMIN_000288 |
| Section 956 | ADMIN_000304 |
| Section 957 | ADMIN_000309 |
| Section 958 | ADMIN_000311 |
| Section 959 | ADMIN_000313 |
| Former Section 960 | ADMIN_000316 |
| Current Section 960 | ADMIN_000320 |
| Section 961 | ADMIN_000324 |
| Section 962 | ADMIN_000326 |
| Section 964 | ADMIN_000328 |

Section 965 ADMIN_000332
Section 986 ADMIN_000347
Section 988 ADMIN_000350
Section 989 ADMIN_000358
Section 1221 ADMIN_000360
Section 1231 ADMIN_000364
Section 1248 ADMIN_000368
Section 1293 ADMIN_000374
Section 1297 ADMIN_000377
Section 1361 ADMIN_000382
Section 1362 ADMIN_000392
Section 1367 ADMIN_000399
Section 1368 ADMIN_000402
Section 1373 ADMIN_000405
Section 1411 ADMIN_000406
Section 1504 ADMIN_000409
Section 4940 ADMIN_000414
Section 4968 ADMIN_000419
Section 6081 ADMIN_000421
Section 7701 ADMIN_000422
Section 7805 ADMIN_000449
Section 7874 ADMIN_000452

Legislative History
Public Law 115-97, Section 14103 ADMIN_000457
House Report 115-466, at 606-21 ADMIN_000473
Senate Committee on Finance, Explanation of the Bill, at 357-365 ADMIN_000491
JCS-1-8, Joint Committee on Taxation, General Explanation of P.L. 115-97, at 369-82 ADMIN_000501
JCS-10-87, Joint Committee on Taxation, General Explanation of the Tax Reform Act of 1986, at 947-956 ADMIN_000516

Other Guidance
Executive Order 12866 ADMIN_000527
Executive Order 13563 ADMIN_000537
Regulatory Flexibility Act, Section 601 ADMIN_000540
Unfunded Mandates Reform Act of 1995, Section 202 ADMIN_000542

Other Tax-Related Guidance and Publications
Revenue Ruling 82-16 ADMIN_000544
Revenue Ruling 85-13 ADMIN_000547
Revenue Ruling 86-131 ADMIN_000550
Revenue Ruling 87-89 ADMIN_000554

| Document | Bates |
|---|---|
| Revenue Procedure 99-32 | ADMIN_000558 |
| Revenue Procedure 2015-13 | ADMIN_000568 |
| Revenue Procedure 2018-17 | ADMIN_000623 |
| Notice 2018-07 | ADMIN_000627 |
| Notice 2018-13 | ADMIN_000639 |
| Notice 2018-26 | ADMIN_000651 |
| Notice 2018-78 | ADMIN_000670 |
| Notice of Availability for Notice 2018-78 | ADMIN_000673 |
| Questions and Answers about Reporting Related to Section 965 on 2017 Tax Returns | ADMIN_000674 |
| U.S. Treasury Department Technical Explanation of the Convention Between the United States of America and Canada with Respect to Taxes on Income and on Capital Signed at Washington, D.C., on September 26, 1980, as Amended by the Protocol Signed at Ottawa on June 14, 1983 and the Protocol Signed at Washington on March 28, 1984 | ADMIN_000709 |
| United States – Canada Income Tax Convention | ADMIN_000722 |

<u>Treasury Regulations</u>

| Document | Bates |
|---|---|
| Section 1.641(c)-1 | ADMIN_000727 |
| Section 1.705-1 | ADMIN_000734 |
| Section 1.861-8T | ADMIN_000738 |
| Section 1.861-12T | ADMIN_000745 |
| Section 1.902-1 | ADMIN_000756 |
| Section 1.904-6 | ADMIN_000778 |
| Section 1.954-2 | ADMIN_000790 |
| Section 1.957-3 | ADMIN_000825 |
| Section 1.960-1 | ADMIN_000827 |
| Section 1.964-2 | ADMIN_000839 |
| Section 1.1361-1 | ADMIN_000845 |
| Section 1.1362-6 | ADMIN_000881 |
| Section 1.1367-1 | ADMIN_000886 |
| Section 1.1411-4 | ADMIN_000892 |
| Section 1.1502-1 | ADMIN_000913 |
| Section 1.1502-32 | ADMIN_000917 |
| Section 1.6081-5 | ADMIN_000943 |
| Section 301.9100-2 | ADMIN_000945 |
| Section 301.9100-3 | ADMIN_000950 |

**<u>Hearing Documents, Comments and Articles</u>**

<u>Hearing Documents</u>

| Document | Bates |
|---|---|
| Unofficial Transcript of Hearing | ADMIN_000958 |
| Hearing Agenda | ADMIN_000968 |

| | |
|---|---|
| Hearing Outline – American Citizens Abroad, Inc. | ADMIN_000971 |
| Hearing Outline – American Petroleum Institute | ADMIN_000973 |
| Hearing Outline – Anonymous | ADMIN_000975 |
| Hearing Outline – National Foreign Trade Council, Inc. | ADMIN_000976 |
| Hearing Outline – Robert Bosch, LLC | ADMIN_000977 |
| Federal Register Print of Hearing Announcement | ADMIN_000981 |

Comments

| | |
|---|---|
| Aaron Grogg | ADMIN_000982 |
| Abbott | ADMIN_000984 |
| Abercrombie and Fitch | ADMIN_000987 |
| Achim Weber | ADMIN_000989 |
| AES Corporation 06-08-18 | ADMIN_000991 |
| AES Corporation 10-01-18 | ADMIN_000993 |
| Akin Gump 03-16-18 | ADMIN_000996 |
| Akin Gump 03-22-18 | ADMIN_001000 |
| Akin Gump 10-09-18 | ADMIN_001006 |
| Allan Howe 01-03-18 | ADMIN_001010 |
| Allan Howe 01-19-18 (1) | ADMIN_001012 |
| Allan Howe 01-19-18 (2) | ADMIN_001014 |
| Alliance for Competitive Taxation 02-02-18 | ADMIN_001015 |
| Alliance for Competitive Taxation 05-31-18 | ADMIN_001053 |
| Alliance for Competitive Taxation 10-09-18 | ADMIN_001059 |
| American Bar Association | ADMIN_001093 |
| American Chamber of Commerce in Japan | ADMIN_001173 |
| American Citizens Abroad | ADMIN_001187 |
| American Council of Life Insurers | ADMIN_001194 |
| American Forest and Paper Association | ADMIN_001197 |
| American Fuel and Petrochemical Manufacturers | ADMIN_001200 |
| American Institute of CPAs 02-08-18 | ADMIN_001204 |
| American Institute of CPAs 03-13-18 | ADMIN_001206 |
| American Institute of CPAs 04-04-18 | ADMIN_001210 |
| American Institute of CPAs 08-13-18 | ADMIN_001215 |
| American Institute of CPAs 08-28-18 | ADMIN_001234 |
| American Institute of CPAs 09-13-18 | ADMIN_001238 |
| American Institute of CPAs 09-17-18 | ADMIN_001253 |
| American Institute of CPAs 10-31-18 | ADMIN_001257 |
| American Investment Council | ADMIN_001276 |
| American Petroleum Institute 01-31-18 | ADMIN_001318 |
| American Petroleum Institute 07-03-18 | ADMIN_001320 |
| American Petroleum Institute 10-08-18 | ADMIN_001326 |
| Americans Abroad for Tax Fairness | ADMIN_001333 |
| Anchin | ADMIN_001335 |
| Annette Pardais | ADMIN_001337 |
| Anonymous 08-21-18 | ADMIN_001338 |

| | |
|---|---|
| Anonymous 08-28-18 | ADMIN_001340 |
| Anonymous 09-14-18 (l) | ADMIN_001341 |
| Anonymous 09-14-18 (2) | ADMIN_001344 |
| Anonymous 09-14-18 (3) | ADMIN_001347 |
| Anonymous 09'-14-18 (4) | ADMIN_001349 |
| Anonymous 09-14-18 (5) | ADMIN_001351 |
| Jonathan Gressel 09-14-18 | ADMIN_001352 |
| Bess Pappas 09-14-18 | ADMIN_001354 |
| Anonymous 09-14-18 | ADMIN_001356 |
| Anonymous 09-17-18 (l) | ADMIN_001358 |
| Anonymous 09'-17-18 (2) | ADMIN_001360 |
| Anonymous 09-17-18 (3) | ADMIN_001362 |
| Anonymous 09'-17-18 (4) | ADMIN_001364 |
| Anonymous 09-17-18 (5) | ADMIN_001366 |
| Anonymous 09-17-18 (6) | ADMIN_001367 |
| Anonymous 09-17-18 (7) | ADMIN_001369 |
| Anonymous 09'-17-18 (8) | ADMIN_001371 |
| Anonymous 09-20-18 (l) | ADMIN_001373 |
| Anonymous 09-20-18 (2) | ADMIN_001375 |
| Anonymous 09-20-18 (3) | ADMIN_001377 |
| Anonymous 09'-24-18 (l) | ADMIN_001379 |
| Anonymous 09-24-18 (2) | ADMIN_001381 |
| Anonymous 09-24-18 (3) | ADMIN_001383 |
| Anonymous 09-25-18 (l) | ADMIN_001385 |
| Anonymous 09-25-18 (2) | ADMIN_001387 |
| Anonymous 09-25-18 (3) | ADMIN_001389 |
| Anonymous 10-02-18 (l) | ADMIN_001391 |
| Anonymous 10-02-18 (2) | ADMIN_001393 |
| Anonymous 10-02-18 (3) | ADMIN_001396 |
| Anonymous 10-02-18 (4) | ADMIN_001398 |
| Anonymous 10-02-18 (5) | ADMIN_001400 |
| Anonymous l0-02-18 (6) | ADMIN_001401 |
| Anonymous 10-03-18 | ADMIN_001403 |
| Anonymous 10-04-18 | ADMIN_001405 |
| Anonymous 10-09-18 (l) | ADMIN_001407 |
| Anonymous 10-09-18 (2) | ADMIN_001410 |
| Anonymous 10-09-18 (3) | ADMIN_001412 |
| Anonymous 10-09-18 (4) | ADMIN_001414 |
| Anonymous 10-09-18 (5) | ADMIN_001416 |
| Anonymous 10-09-18 (6) | ADMIN_001418 |
| Anonymous 10-09-18 (7) | ADMIN_001419 |
| Anonymous 10-09-18 (8) | ADMIN_001421 |
| Anonymous 10-09-18 (9) | ADMIN_001422 |
| Anonymous 10-09-18 (10) | ADMIN_001424 |
| Anonymous 10-09-18 (11) | ADMIN_001426 |
| Anonymous 10-12-18 | ADMIN_001427 |

| | |
|---|---|
| Appelrouth Farah and Co. | ADMIN_001428 |
| Ariel Rosenthal | ADMIN_001429 |
| Ashland | ADMIN_001430 |
| B Arthur | ADMIN_001432 |
| B Garry | ADMIN_001434 |
| Baker McKenzie 10-05-18 (l) | ADMIN_001436 |
| Baker McKenzie 10-05-18 (2) | ADMIN_001451 |
| Baker McKenzie 10-09-18 | ADMIN_001460 |
| BDO 03-20-18 | ADMIN_001471 |
| BDO 04-09-18 | ADMIN_001472 |
| Belle Jean 03-22-18 | ADMIN_001473 |
| Bencivenga Ward and Company | ADMIN_001474 |
| Bill Demopoulos | ADMIN_001475 |
| Bolar Hirsch and Jennings | ADMIN_001477 |
| Booking Holdings | ADMIN_001478 |
| Bosch | ADMIN_000977 |
| Brian Arthur 02-16-18 | ADMIN_001486 |
| Brian Arthur 04-16-18 (1) | ADMIN_001488 |
| Brian Arthur 04-16-18 (2) | ADMIN_001490 |
| Brian Barsky 06 -23-18 | ADMIN_001491 |
| Brian O'Brian | ADMIN_001493 |
| Broide and Co. | ADMIN_001494 |
| Bryan Anonymous | ADMIN_001496 |
| Caliber Accounting and Tax | ADMIN_001498 |
| Callaghan Lucerino and Associates LLP | ADMIN_001499 |
| Capitol Tax Partners 02-16-18 | ADMIN_001500 |
| Cargill | ADMIN_001505 |
| CH Robinson | ADMIN_001509 |
| Charles Klein | ADMIN_001520 |
| Cheryl Wagner | ADMIN_001522 |
| Chris Giorshev | ADMIN_001524 |
| Christina D. Granillo | ADMIN_001526 |
| Clarus Partners.pdf | ADMIN_001527 |
| Clayton and McKervey 04-03-18 | ADMIN_001528 |
| Clayton and McKervey 04-10-18 | ADMIN_001529 |
| CIiftonLarsonAilen | ADMIN_001530 |
| Coet 2 CPAs | ADMIN_001532 |
| Collins Barrow | ADMIN_001534 |
| Constellation Brands | ADMIN_001536 |
| Corptax | ADMIN_001541 |
| Covington | ADMIN_001543 |
| CPA in California Anonymous | ADMIN_001548 |
| Dan Weisner | ADMIN_001550 |
| Daniel Coffey | ADMIN_001551 |
| Danielle Stampley | ADMIN_001553 |
| Daphne Birkby | ADMIN_001555 |

| | |
|---|---|
| David Garber | ADMIN_001557 |
| David Gray | ADMIN_001559 |
| David Handelsman | ADMIN_001561 |
| David Jackman | ADMIN_001562 |
| David Kirk | ADMIN_001563 |
| Davis Polk 06-11-18 | ADMIN_001569 |
| Davis Polk 09-21-18 | ADMIN_001578 |
| Davis Polk 11-02-18 | ADMIN_001589 |
| Democrats Abroad Taxation Task Force | ADMIN_001592 |
| Democrats Abroad | ADMIN_001597 |
| Devorah Guggenheim | ADMIN_001599 |
| Diocesan Investment and Loan Trust | ADMIN_001602 |
| Don Hughes | ADMIN_001603 |
| Doug Stephens | ADMIN_001605 |
| Dunn Counsel | ADMIN_001607 |
| E Yu | ADMIN_001608 |
| Edelman Tax | ADMIN_001610 |
| Eitan, Mehulal and Sadot | ADMIN_001611 |
| Elena Cartasegna | ADMIN_001613 |
| Elizabeth Gatland | ADMIN_001615 |
| Elizabeth Zitzow | ADMIN_001617 |
| Eversheds Sutherland | ADMIN_001619 |
| F Rodriguez | ADMIN_001625 |
| FACT Coalition | ADMIN_001627 |
| Fenwick and West | ADMIN_001629 |
| Firm of Allen J. Littman | ADMIN_001637 |
| Florida Bar Tax Section | ADMIN_001640 |
| Fossil Group | ADMIN_001649 |
| Gili Hagimasuri | ADMIN_001651 |
| Givner and Kaye | ADMIN_001653 |
| Glenn Temes | ADMIN_001655 |
| GM | ADMIN_001657 |
| Grace Benveniste | ADMIN_001659 |
| Gregory J. Schmidt | ADMIN_001660 |
| GSemko | ADMIN_001661 |
| Hanes Brands 03-13-18 (l) | ADMIN_001662 |
| Hanes Brands 03-13-18 (2) | ADMIN_001664 |
| Hanes Brands 10-04-18 | ADMIN_001666 |
| Heather Brodie | ADMIN_001675 |
| Herbert Hess | ADMIN_001678 |
| Holthouse Carlin and Van Trigt | ADMIN_001679 |
| Hsu, Lan and Lin | ADMIN_001681 |
| Huntsman | ADMIN_001682 |
| Individual Form Letters (Combined) (266) | ADMIN_001690 |
| Individual Form Petitions (Combined) (51) | ADMIN_002227 |
| Information Technology Industry Council | ADMIN_002278 |

| | |
|---|---|
| Interpublic Group | ADMIN_002285 |
| Investment Company Institute 03-15-18 | ADMIN_002286 |
| Israel-America Chamber of Commerce | ADMIN_002295 |
| J G | ADMIN_002297 |
| Jaffe and Co. | ADMIN_002299 |
| James D. Miller and Co. | ADMIN_002301 |
| JCCS | ADMIN_002302 |
| Jean-Michel Ravon | ADMIN_002303 |
| Jeff Apitz | ADMIN_002304 |
| Jian Wang | ADMIN_002306 |
| Jo-Ann Giorshev | ADMIN_002307 |
| John Anonymous | ADMIN_002309 |
| John Deere | ADMIN_002311 |
| Jones-Simkins | ADMIN_002317 |
| Jordan Ricardo and Company | ADMIN_002318 |
| Jordan Zimmerman | ADMIN_002319 |
| Joseph W. Heiser | ADMIN_002320 |
| Juan Toconero | ADMIN_002321 |
| Kelley Drye and Warren | ADMIN_002323 |
| Kevin Anonymous | ADMIN_002327 |
| Kosmos Energy | ADMIN_002329 |
| KPMG 01-02-18 | ADMIN_002333 |
| KPMG 01-19-18 (l) | ADMIN_002334 |
| KPMG 01-19-18 (2) | ADMIN_002335 |
| KPMG 03-01-18 | ADMIN_002336 |
| KPMG 04-02-18 | ADMIN_002338 |
| KPMG 10-09-18 (l) | ADMIN_002340 |
| KPMG 10-09-18 (2) | ADMIN_002354 |
| Lalit K Gulati, CPAs | ADMIN_002370 |
| LD LD | ADMIN_002371 |
| Leon Kloss | ADMIN_002373 |
| Lundy, Schacter, Shulman and Kaplan | ADMIN_002376 |
| Magnani CPA | ADMIN_002377 |
| Marcotte Consulting | ADMIN_002378 |
| Margaret Conrad | ADMIN_002380 |
| Marilyn Glover | ADMIN_002381 |
| Marlies Y Hendricks CPA | ADMIN_002383 |
| Marsh & McClennan Companies | ADMIN_002384 |
| Mayer Brown | ADMIN_002396 |
| Mazars 04-02-18 | ADMIN_002399 |
| Mazars 06-06-18 | ADMIN_002401 |
| MC Anonymous | ADMIN_002403 |
| McDermott Will and Emery | ADMIN_002405 |
| McGuireWoods | ADMIN_002418 |
| Miller and Chevalier 01-05-18 | ADMIN_002421 |
| Miller and Chevalier 01-24-18 | ADMIN_002424 |

| | |
|---|---|
| Miller and Chevalier 03-09-18 | ADMIN_002429 |
| Miller and Chevalier 10-01-18 | ADMIN_002435 |
| Mojak Anonymous | ADMIN_002445 |
| Monte Silver (l) | ADMIN_002459 |
| Monte Silver (2) | ADMIN_002475 |
| Mowery and Schoenfeld | ADMIN_002493 |
| Natalie Meyer | ADMIN_002494 |
| National Association of Manufacturers | ADMIN_002496 |
| National Foreign Trade Council | ADMIN_002502 |
| New York Law School | ADMIN_002514 |
| New York State Bar Association 02-06-18 | ADMIN_002521 |
| New York State Bar Association 10-05-18 | ADMIN_002568 |
| Norman Reuter | ADMIN_002636 |
| Patrick Evans | ADMIN_002638 |
| Patterson Belknap Webb and Tyler | ADMIN_002639 |
| Paul Dunham | ADMIN_002641 |
| Paul J. Beattie | ADMIN_002642 |
| Philip Stein and Associates | ADMIN_002643 |
| Phillips 66 | ADMIN_002644 |
| Pillsbury | ADMIN_002652 |
| Proskauer | ADMIN_002660 |
| Publicis Groupe | ADMIN_002676 |
| PwC 02-05-18 | ADMIN_002679 |
| PwC 04-24-18 | ADMIN_002683 |
| PwC 10-09-18 | ADMIN_002689 |
| Raphael Stein | ADMIN_002692 |
| Rebecca Heid-Pavlu | ADMIN_002694 |
| Robert Dumont | ADMIN_002697 |
| Roberts and Holland 09-18-18 | ADMIN_002700 |
| Roberts and Holland 10-08-18 | ADMIN_002736 |
| Roland Frank Bates | ADMIN_002744 |
| Ruchelman | ADMIN_002747 |
| S Corporation Association | ADMIN_002748 |
| S H | ADMIN_002753 |
| Samet and Company | ADMIN_002757 |
| Samuel Goldberg | ADMIN_002759 |
| San Francisco Foreign Tax Club | ADMIN_002761 |
| SC&H Group | ADMIN_002771 |
| Scott Harper | ADMIN_002772 |
| Scott Lees | ADMIN_002773 |
| Senior citizen devastated by 965 | ADMIN_002775 |
| Serbinski Partners | ADMIN_002776 |
| Shwiff, Levy and Polo | ADMIN_002778 |
| Silicon Valley Tax Directors Group | ADMIN_002779 |
| Simon Turner | ADMIN_002794 |
| Sisterson and Co. | ADMIN_002795 |

| | |
|---|---|
| Sopher | ADMIN_002796 |
| Spidell | ADMIN_002799 |
| State Bar of California Taxation Section | ADMIN_002800 |
| Sue Hutson | ADMIN_002826 |
| Surie Ackerman | ADMIN_002828 |
| Susan Tuttle | ADMIN_002829 |
| Suzanne Birkin | ADMIN_002831 |
| Suzanne Herman | ADMIN_002833 |
| Tax Executives Institute | ADMIN_002834 |
| Tax Technologies | ADMIN_002859 |
| TBK CPA | ADMIN_002862 |
| The Bonadio Group | ADMIN_002863 |
| Tszming Lee | ADMIN_002864 |
| United States Council for International Business 10-05-18 | ADMIN_002866 |
| United States Council for International Business 12-14-17 | ADMIN_002883 |
| US Chamber of Commerce 01-31-18 (1) | ADMIN_002891 |
| US Chamber of Commerce 01-31-18 (2) | ADMIN_002893 |
| US Chamber of Commerce 02-20-18 (1) | ADMIN_002901 |
| US Chamber of Commerce 02-20-18 (2) | ADMIN_002903 |
| US Chamber of Commerce 05-18-18 (1) | ADMIN_002910 |
| US Chamber of Commerce 05-18-18 (2) | ADMIN_002912 |
| US Chamber of Commerce 08-21-18 | ADMIN_002915 |
| US Chamber of Commerce 10-03-18 (1) | ADMIN_002921 |
| US Chamber of Commerce 10-03-18 (2) | ADMIN_002923 |
| US Chamber of Commerce S Corporation Coalition | ADMIN_002950 |
| Walgreens Boots Alliance (1) | ADMIN_002954 |
| Walgreens Boots Alliance (2) | ADMIN_002959 |
| Washington Tax and Public Policy Group 03-09-18 | ADMIN_002966 |
| Washington Tax and Public Policy Group 10-05-18 | ADMIN_002972 |
| WestletonDrake | ADMIN_002980 |
| Will Anonymous | ADMIN_002982 |
| Withum | ADMIN_002984 |
| Zuyang Ren | ADMIN_002985 |

Articles

| | |
|---|---|
| *Amended Sec. 965 may provide a Sec. 962 benefit: Deemed Repatriation and RBIG*, The Tax Advisor (July 1, 2018) | ADMIN_002986 |
| *Applying the Repatriation Tax to Individuals*, Tax Notes (Mar. 5, 2018) | ADMIN_002990 |
| *Applying the Repatriation Tax to Individuals*, (Letters to the Editor) Tax Notes (Mar. 5, 2018) | ADMIN_002997 |
| *INSIGHT: Choose Your Own Adventure:* | |

| | |
|---|---|
| *The Basis-Shifting Election of the Proposed Section 965 Regulations*, Bloomberg Law (Aug. 27, 2018) | ADMIN_003000 |
| *Deciphering the Nebulous NOL Waive-Off Election*, Tax Notes (July 3, 2018) | ADMIN_003009 |
| *Election to Consolidate Can Affect Transition Tax Liability*, Tax Notes Internationl (Jan. 28, 2019) | ADMIN_003047 |
| *House Bill May Fix Not Solve Double Counting in Transition Tax*, Tax Notes (Nov. 27, 2017) | ADMIN_003051 |
| *KPMG report: Final regulations relating to "transition tax" under section 965* (Jan. 18, 2019) | ADMIN_003053 |
| *No Apparent Bombshells for Final Transition Tax Regs*, Tax Notes International (Jan. 21, 2019) | ADMIN_003065 |
| *Repatriation Tax Confusion Leaves Companies 'Fired Up'*, BNA (Feb. 5, 2019) | ADMIN_003068 |
| *The Deemed Repatriation Tax – A Bridge Too Far?* Tax Notes (Mar. 5, 2018) | ADMIN_003070 |
| *Transition Tax Notional Cash Pool Rule Leaves Some Pondering*, Tax Notes (Sept. 3, 2018) | ADMIN_003086 |
| *Treasury Adds Commodities Exception for Transition Tax Rules*, Law360 (Jan. 15, 2019) | ADMIN_003088 |
| *Treasury Considering More Relief From GILTI Expense Allocation*, Tax Notes (Mar. 11, 2019) | ADMIN_003091 |
| *Treatment of Interim PTEP Distributions Draws Ire*, Tax Notes (Jan. 23, 2019) | ADMIN_003093 |

**<u>Regulations and Clearance and Other Procedural Documents</u>**

| | |
|---|---|
| GAO Report | ADMIN_003095 |
| TD 9846 – Correcting Amendment (Federal Register Print) | ADMIN_003099 |
| TD 9846 – Correction (Federal Register Print) | ADMIN_003101 |
| TD 9846 – Acknowledgment of Receipt of CRA Forms | ADMIN_003103 |
| TD 9846 CRA Form – Chairman House Committee on Ways and Means | ADMIN_003106 |
| TD 9846 CRA Form – Chairman Senate Committee on Finance | ADMIN_003108 |
| TD 9846 CRA Form – Chief of Staff Joint Committee on Taxation | ADMIN_003110 |
| TD 9846 CRA Form – Copy for the Publications and | |

| | |
|---|---|
| Regulations Branch | ADMIN_003112 |
| TD 9846 CRA Form – General Counsel GAO | ADMIN_003114 |
| TD 9846 CRA Form – President of the Senate | ADMIN_003116 |
| TD 9846 CRA Form – Ranking Minority Member House Committee of Ways and Means | ADMIN_003118 |
| TD 9846 CRA Form – Ranking Minority Member Senate Committee on Finance | ADMIN_003120 |
| TD 9846 CRA Form – Speaker of the House of Representatives | ADMIN_003122 |
| TD 9846 – CRA Plain Language Summary | ADMIN_003124 |
| Form 14029, Paperwork Reduction Act Submission For TD | ADMIN_003125 |
| OMB Control Number | ADMIN_003133 |
| Internal Revenue Bulletin Submission Request for TD | ADMIN_003135 |
| Federal Register print of TD | ADMIN_003136 |
| Signed copy of TD sent to Federal Register | ADMIN_003214 |
| TD Regulatory Flexibility Act Checklist | ADMIN_003519 |
| Copy of pink sheet for TD with Treasury clearance Information | ADMIN_003521 |
| Treasury policy memo about TD | ADMIN_003522 |
| Copy of original pink sheet for TD | ADMIN_003534 |
| Executive summary accompanying pink circulation for TD | ADMIN_003535 |
| Executive summary accompanying green circulation email for TD | ADMIN_003537 |
| Copy of green circulation email for TD | ADMIN_003539 |
| Seven-point memo for TD sent to Treasury | ADMIN_003541 |
| Form 14029 for NPRM | ADMIN_003544 |
| Supporting statement for Form 14029 for NPRM | ADMIN_003552 |
| Internal Revenue Bulletin Submission Request for NPRM | ADMIN_003553 |
| Federal Register print of NPRM | ADMIN_003554 |
| Signed copy of NPRM sent to Federal Register | ADMIN_003616 |
| NPRM Regulatory Flexibility Act Checklist | ADMIN_003865 |
| Copy of pink sheet for NPRM with Treasury clearance Information | ADMIN_003867 |
| Treasury policy memo about NPRM | ADMIN_003869 |
| Copy of original pink sheet for NPRM | ADMIN_003881 |
| Executive summary accompanying pink circulation for NPRM | ADMIN_003882 |
| Executive summary accompanying green circulation email for NPRM | ADMIN_003884 |
| Copy of green circulation email for NPRM | ADMIN_003886 |
| Seven-point memo for NPRM sent to Treasury | ADMIN_003887 |
| Regulatory Information Service Center Regulatory Information Data Form | ADMIN_003890 |

//

DATED: April 2, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Nishant Kumar*
JOSEPH A. SERGI (D.C. Bar No. 480837)
Senior Litigation Counsel
LAURA M. CONNER (VA Bar No. 40388)
NISHANT KUMAR (D.C. Bar No. 1019053)
Trial Attorneys
Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Tel: (202) 514-2986
Fax: (202) 514-6866
Nishant.kumar@usdoj.gov
Joseph.a.sergi@usdoj.gov
Laura.m.conner@usdoj.gov