# The Bassin Law Firm, PLLC

Suite 300  
1629 K Street, NW  
Washington, DC  20006

Stuart J. Bassin  
(o) 202/895-0969  
(m) 202/316-8317

VIA E-MAIL

April 7, 2020

Joseph A. Sergi, Esq.  
Laura M. Conner, Esq.  
Nishant Kumar, Esq.

      Re:  *Silver v. Internal Revenue Service, et al*

All:

      Congratulations to Nishant.  Good health to mother and child, as well as to all of you.

      Following up on our conversation of April 6, 2020, I am writing to address several issues related to the administrative record submitted by defendants to the Court on April 2, 2020.  The issues requiring attention are--

      1.    We have in our possession a collection of emails exchanged between Mr. Silver and Assistant Secretary Harter during the development of the challenged regulations, including correspondence addressing the applicability of the Regulatory Flexibility Act to the regulations.  None of those e-mails were included in the administrative record you submitted to the Court on April 2, 2020.  We believe that these emails should be made part of the administrative record.  Those emails are designated MS ADMIN 0086-0122 in the attached file.

      2.    We have in our possession an IRS response to a FOIA request submitted by Mr. Silver's office seeking production of documents relating to development of the regulatory flexibility act portion of the challenged regulations.  The IRS response included 3 pages of responsive documents and withheld over 1100 other responsive pages based in large part upon an assertion of deliberative process privilege.  Those documents were not included in the administrative record you submitted to the Court on April 2, 2020.  We believe that these emails should be made part of the administrative record.  The FOIA response is designated MS ADMIN 0123-0128.

3.  We have in our possession a collection of comments submitted by small businesses like Mr. Silver to the IRS and Treasury during development of the regulations. At least some of those comments were not included in the administrative record you submitted to the Court on April 2, 2020. We believe those comments should be made part of the administrative record. The documents are designated MS ADMIN 0001-0085.

4.  Little or no email sent or received by government decision-makers was included in the administrative record you submitted to the Court. The absence of the Silver-Harter e-mails described above in the administrative record strongly indicates that at least some prominent government decision-makers employed e-mail during their consideration of the regulations using e-mail. Further, like the Silver-Harter emails, some of those e-mails could have been distributed outside of any privileged relationship. We believe that this email should have been included in the record filed with the Court.

5.  Defendants did not provide a privilege log for any documents withheld from the administrative record based upon a claim of privilege, notwithstanding the fact that the agency previously asserted deliberative process privilege in response to the FOIA request. We believe that the agency is required to produce a privilege log with respect to any documents withheld under a claim of privilege.

With respect to items 1-3, we intend to file a motion to supplement the administrative record with these documents and ask you to consent to granting of the motion. With respect to item 4, we ask that you provide us with any e-mail received or sent by the principal individuals involved in the rulemaking process, along with a description of the efforts undertaken by defendants to locate such email. With respect to Item 5, we ask that defendants either (a) produce any documents previously withheld, or (b provide a privilege log for any documents withhold based upon an assertion of privilege. Given the requirements of the briefing schedule, we ask that you provide your responses with respect to Items 4 and 5 within the next 14 days. Absent satisfactory responses, we will consider filing of a discovery motion to obtain rulings on these issues.

If questions arise, you may call me at 202/895-0969.

Sincerely,

*Stuart J Bassin*

Stuart J. Bassin

Attachment