UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE SILVER and MONTE SILVER, LTD, an Israel corporation,<br><br>        *Plaintiffs,*<br>  vs.<br><br>INTERNAL REVENUE SERVICE; UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES RETTIG, in his official capacity as Commissioner of Internal Revenue; and STEVEN MNUCHIN, in his official capacity as United States Secretary of the Treasury,<br><br>        *Defendants* | Case No. 1:19-cv-00247-APM<br><br>Judge Amit P. Mehta |

ORDER (Proposed)

Upon review of plaintiffs' motion to complete the administrative record and for other relief, the Court orders that—(1) ) the pages designated as MS ADMIN 0086-0138 shall be treated as part of the administrative record, and (2) defendants may not rely upon documents not included in Defendant's April 2 Submission during briefing on the merits of this case.

                                                                                           _____

                                                                                            Amit P. Mehta<br>
                                                                                            United States District Judge