IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE SILVER and MONTE SILVER, LTD., an Israeli corporation,<br><br>          Plaintiffs,<br>  vs.<br><br>INTERNAL REVENUE SERVICE; UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES RETTIG, in his official capacity as Commissioner of Internal Revenue; and STEVEN MNUCHIN, in his official capacity as United States Secretary of the Treasury,<br><br>          Defendants | CASE NO. 1:19-cv-247-APM |

**PLAINTIFFS' MOTION FOR EXPEDITED CONSIDERATION OF
THEIR MOTION TO COMPLETE THE ADMINISTRATIVE RECORD AND
FOR OTHER APPROPRIATE RELIEF**

Plaintiffs respectfully request that the Court expedite its consideration of their motion to complete the administrative record and for other appropriate relief.  Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel has discussed this motion with government counsel who has authorized plaintiffs to represent that the Government opposes the motion.

As good cause for allowance of this motion, plaintiffs state that the Court's order of February 28, 2020, established a briefing schedule for submission of summary judgment briefs.  In part, that order required defendants to file the administrative record relating to the challenged regulation on April 2, 2020, and required plaintiffs to file their motion for summary judgment on May 19, 2020.  Upon review of defendants' April 2 submission, plaintiffs discovered several

1

omissions and promptly brought those issues to the attention of defendants' counsel.  Counsel were unable to resolve plaintiffs' concerns in a series of telephone conversations and an exchange of letters.  Accordingly, plaintiffs have filed a motion to complete the administrative record and for other appropriate relief.

Plaintiffs request expedited consideration of that motion to allow for resolution of this dispute in time for plaintiffs to file their summary judgment motion on May 19, 2020, as required by the Court's order.  The summary judgment motion currently being drafted by plaintiffs relies upon several documents which were not included in defendants' April 2 submission.  At present, defendants have indicated that they will likely object to the portions of plaintiffs' summary judgment motion which rely upon documents not included in defendants' submission of April 2, 2020.  Thus, it seems inevitable that the Court will be called upon to rule on the propriety of plaintiffs' reliance upon the disputed documents.

Briefing on the summary judgment motion will be needlessly complicated if the dispute regarding the contents of the administrative record is not resolved promptly.  Both parties will be required to present their arguments in the alternative to account for both—(1) a scenario where completion of the record is allowed, and (2) a scenario where completion of the record is not allowed. Plaintiffs submit that such a presentation of the merits of the case is not in the interest of the parties, the court, or substantial justice.

WHEREFORE, plaintiffs respectfully request that the Court issue an order establishing a briefing schedule on the motion to complete the administrative record which requires defendants to file their opposition to the motion on or before April 27, 2020, and plaintiffs to file any reply by April 30, 2020.

DATED:  April  23,  2020

                                  Respectfully submitted,

                                  <u>/s/  Stuart J. Bassin</u>
                                  STUART J. BASSIN
                                  The Bassin Law Firm PLLC
                                  1629 K Street, NW, Suite 300
                                  Washington, DC  20006
                                  202/895-0969
                                  [sjb@bassinlawfirm.com](mailto:sjb@bassinlawfirm.com)