**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SILVER, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    No. 1:19-cv-247-APM |
| | ) |
| INTERNAL REVENUE SERVICE, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

Pursuant to 28 U.S.C. § 1746, Daniel M. McCall declares as follows:

1.  I hold the position of Deputy Associate Chief Counsel (International – Technical) in the Office of the Chief Counsel for the Internal Revenue Service.

2.  In that capacity, I am the executive whose office is responsible for maintaining the administrative record pertaining to the Treasury regulations recently propounded under Section 965 of the Internal Revenue Code, as revised in 2017 by the Tax Cuts and Jobs Act (Pub. L. No. 115-97).  These regulations were published in their final form in the Federal Register on February 5, 2019 at 84 FR 1838, and they clarified how to calculate amounts used in determining a taxpayer's liability under Section 965, provided anti-abuse rules, and provided rules regarding various elections.

3.  In this capacity, my office is responsible for collecting and maintaining public comments related to these regulations.

4.  I hereby certify that the attached documents provided in electronic form are true copies of the documents that constitute the administrative record pertaining to the publication of the regulations at issue in this case.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: _____          _____

                                                    Daniel M. McCall
                                                    Deputy Associate Chief Counsel (International – Technical)
                                                    Office of Chief Counsel
                                                    Internal Revenue Service