**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Monte Silver, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 19-cv-247 (APM) |
| | ) |
| Internal Revenue Service, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW OF *AMICUS CURIAE*, THE CENTER FOR TAXPAYER RIGHTS, IN SUPPORT OF THE PLAINTIFF

COMES NOW the Tax Clinic at the Legal Services Center of Harvard Law School ("the Harvard Clinic") and the Philip C. Cook Low-Income Taxpayer Clinic of Georgia State University College of Law ("Philip C. Cook Clinic"), counsel for *amicus curiae*, the Center for Taxpayer Rights, and moves this Court for leave to file a memorandum of law in support of the plaintiff.

In support of this motion, the proposed *amicus curiae* submits the following statement of interest pursuant to Local Rule 7(o) :

No party's counsel authored the proposed memorandum in whole or in part. No party or party's counsel contributed money that was intended to fund preparing or submitting the proposed memorandum. The only contribution of money used to fund the preparation or submission of the proposed memorandum was provided by Georgia State University College of Law and Harvard University, who drafted the motion and proposed memorandum.

The Center for Taxpayer Rights is an organization dedicated to furthering taxpayers' awareness of and access to taxpayer rights. A 501(c)(3) not-for-profit corporation dedicated to advancing taxpayer rights and ensuring due process for taxpayers, the Center accomplishes its

mission, in part, by educating the public and government officials about the role taxpayer rights play in promoting compliance and trust in systems of taxation.  The Center, and its Executive Director, Nina Olson, the former National Taxpayer Advocate, has experience advocating on behalf of taxpayers whose voices might otherwise not receive attention.  The Center believes that the creation of regulations relating to small businesses have a significant impact on low-income taxpayers because of the number of low-income taxpayers who own small business impacted by the regulations and who work for small businesses.

The Philip C. Cook Clinic and the Harvard Clinic, founded in 1992 and 2015 respectively, were founded to represent low-income taxpayers before the Internal Revenue Service (IRS) and in tax matters before the Courts. The Clinics have significant experience representing low-income clients who both operate and work for small businesses, particularly in regards to how these businesses are increasingly interacting with the growing gig economy. While Clinic clients—or individuals seeking the Clinics' advice—typically are not U.S. shareholders of the specified foreign corporations to whom IRC § 965 would apply, the IRS's position in this case is likely to impact the Clinics' client community. In this matter, the IRS violated the Regulatory Flexibility Act (RFA) and the Administrative Procedure Act (APA) by imposing burdensome regulations under IRC § 965, which sets a regulatory precedent that could indeed harm low-income taxpayers in the future. Were this Court to find that the IRS properly complied with the RFA and APA, low-income taxpayers—particularly those who are self-employed or who have small businesses—could be disproportionately affected by similar regulatory action designed to increase information reporting in the sharing economy sector. APA and RFA procedures are intended to mitigate the effects of sweeping federal regulation on those without the resources to comply. The government's position undermines that very purpose

by curtailing public participation in the rulemaking process and allowing the government to adopt overly burdensome regulations that can negatively impact vulnerable taxpayers by imposing unreasonable compliance burdens both on them and on their employers.

    The Center and its counsel believe that they can be of assistance to this Court in the instant case by illustrating the potential harm that the government's position could have on low-income taxpayers in the sharing economy who might otherwise be overlooked.

    It is the intention of the amicus curiae to file a brief with the court of less than 25 pages which conforms to the requirements of LCvR 5.4 and with FRAP 29(a)(4) by May 19, 2020, the due date of the original brief of the complainant.  Amicus curiae does not seek to participate in oral argument.

Respectfully submitted,

/s/ Dana Montalto
Dana Montalto, D.D.C. Bar. No. MA0014
*Local Counsel for Proposed Amici Curiae*
Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, Massachusetts 02130
(T) (617) 390-2737
(F) (617) 522-0715
(E) dmontalto@law.harvard.edu
*Prepared with assistance from law students*
*Abigail Fitts, Lauren Heron, and William Liang*

Dated: May 8, 2020

## **CERTIFICATE OF SERVICE**

I, Dana Montalto, hereby certify that the foregoing documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including counsel for Plaintiffs and Defendant listed below, and paper copies will be sent to those indicated as non-registered participants:

    STUART J. BASSIN
    The Bassin Law Firm PLLC
    1629 K Street, NW, Suite 300
    Washington, DC 20006
    202-895-0969
    sjb@bassinlawfirm.com
    *Counsel for Plaintiffs*

    RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General
    JOSEPH A. SERGI (D.C. Bar No. 480837)
    Senior Litigation Counsel
    LAURA M. CONNER (VA Bar No. 40388)
    NISHANT KUMAR (D.C. Bar No. 1019053)
    Trial Attorneys
    Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Washington, DC 20044
    Tel: (202) 514-2986
    Fax: (202) 514-6866
    Nishant.kumar@usdoj.gov
    Joseph.a.sergi@usdoj.gov
    Laura.m.conner@usdoj.gov
    *Counsel for Defendants*

                                                             /s/ Dana Montalto
                                                             Dana Montalto

                                                             Dated: May 8, 2020

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Monte Silver, et al. </br></br> Plaintiffs, </br></br> v. </br></br> Internal Revenue Service, et al. </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 19-cv-247 (APM) </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER

Upon consideration of the Motion for Leave to File Memorandum of Law of *Amicus Curiae* The Center for Taxpayer Rights, it is hereby

ORDERED, the Court grants the Motion for Leave to File Memorandum of Law of *Amicus Curiae* in this proceeding.

SIGNED this ___ day of _____, 2020.

_____
Amit P. Mehta
U.S. District Court Judge