## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTE SILVER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **INTERNAL REVENUE SERVICE,** *et al.*, <br><br> Defendants. | Civil Action No.:  1:19-cv-00247-APM |

## MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW OF *AMICI CURIAE*, REPUBLICANS OVERSEAS, INC., AND SEVERAL OF ITS CHAPTERS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

*Amici Curiae*, Republicans Overseas, Inc. ("RO"), as well as several of its chapters, including without limitation Republicans Overseas Albania ("RO-Albania"), Association Republicans Overseas France ("RO-France"), Republicans Overseas Hellenic Republic ("RO-Greece"), Republicans Overseas Israel, A.R. ("RO-Israel"), Republicans Overseas North Macedonia ("RO-North Macedonia"), Republicans Overseas Sweden ("RO-Sweden"), Republicans Overseas Switzerland ("RO-Switzerland"), and Republicans Overseas UK ("RO-UK") (collectively, the "RO *Amici Curiae*"), by counsel, hereby moves this Court for leave to file a memorandum of law in support of the Motion for Summary Judgment [Dkt. No. 47] filed by Plaintiffs, Monte Silver and Monte Silver, Ltd. (collectively, "Plaintiffs").  In support thereof, and in compliance with Local Civil Rule 7(o), the RO *Amici Curiae* state as follows:

1.      RO is a non-profit corporation organized under the laws of the State of Indiana, with a principal place of business in Scottsdale, Arizona.  RO is the umbrella organization for a network of Republican Overseas chapters spread across approximately 60 countries worldwide,

which advocates for and seeks to protect the interests of the millions of American citizens residing outside of the United States, many of whom own and operate small businesses of various types.

2.      RO-Albania, RO-France, RO-Greece, RO-Israel, RO-North Macedonia, RO-Sweden, RO-Switzerland, and RO-UK are foreign-registered non-profit organizations.  These RO chapters advocate for and seek to protect the interests of approximately 9 million American citizens residing outside of the United States, many of whom own and operate small businesses of various types.

3.      The RO *Amici Curiae* possess intimate and expansive knowledge of the expatriate American community and have engaged extensively on that community's behalf both in legislative and judicial matters.  On a daily basis, the RO *Amici Curiae* work closely with small business proprietors abroad and therefore bring a unique perspective on the impact that the Final Regulations[1] have had on that community.

4.      In this matter, the position of the RO *Amici Curiae* is that the IRS violated the Regulatory Flexibility Act (RFA) and Administrative Procedure Act (APA) by imposing burdensome regulations under I.R.C. § 965, which sets a regulatory precedent that could indeed harm large numbers of taxpayers that reside outside of the United States in the future.

5.      Exacerbating the IRS's violation, the Treasury certified – without any factual support whatsoever – that the proposed and final regulations would not have "a significant economic impact on a substantial number of small entities."   However, the Treasury's certifications were and are incorrect.

---

[1]      For convenience, the RO *Amici Curiae* adopt the acronyms and short titles referenced in the Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment [Dkt. No. 47-1].

6.      Were this Court to find that the IRS properly complied with the RFA and APA, taxpayers that reside outside of the United States would be disproportionately affected by the Final Regulations as well as similar regulatory action.

7.      The procedures set forth by the APA and RFA are intended to mitigate the effects of sweeping federal regulation.  The Government's position undermines that very purpose by curtailing public participation in the rulemaking process and allowing the government to adopt overly burdensome regulations that can negatively impact taxpayers owning and operating small businesses by imposing unreasonable compliance burdens.

8.      In the pending Motion for Summary Judgment, Plaintiffs discuss the impact that the Final Regulations have had on small businesses as well as Mr. Silver's efforts to alleviate the harm that the Final Regulations have posed and will continue to pose to small businesses.

9.      Although the RO *Amici Curiae* support Plaintiffs' position, they can further assist the Court in its consideration of the pending Motion for Summary Judgment by focusing on the potential harm to American citizens residing outside of the United States that own and operate small businesses.  Considering that chapters affiliated with RO create a network that spreads around the world, the RO *Amici Curiae* are uniquely positioned to protect the interests of the expatriate American community of business owners.

10.     Without permitting the RO *Amici Curiae* to file a memorandum of law supporting the pending Motion for Summary Judgment, they fear that the certain aspects regarding the challenges and difficulties that are imposed by the Final Regulations on American citizens residing outside of the United States that own and operate small businesses will be ignored.

11.     In fact, as pointed out by Plaintiffs, the Government's estimate regarding the small businesses that would be impacted by the Transition Tax and the Final Regulations **ignores** the

approximately 150,000 small businesses owned and operated by American citizens residing outside of the United States.  *See* Memo. [Dkt. No. 47-1] at 21 n. 8.  The RO *Amici Curiae* intends to give a voice to the expatriate American community in this matter.

12.     Plaintiffs consent to the RO *Amici Curiae* filing the memorandum of law requested.

13.     The Government has indicated that it "must" oppose this motion, claiming that "[i]t is unclear what arguments or perspective that Republicans Overseas, Inc., has that Plaintiffs cannot provide given that Plaintiffs also claim to represent clients affected by this issue and thus can provide the same global perspective."  However, the Government adopts an exceedingly narrow view of the concerns that the RO *Amici Curiae* seek to articulate.

14.     While Plaintiffs are comprised of one expatriate American that owns a small business, the RO *Amici Curiae* work closely with millions of American citizens residing outside of the United States across approximately 60 countries worldwide.  The Government cannot dispute that the RO *Amici Curiae* seeks to advocate for and protect the interests of the expatriate American community of business owners, as a whole.

15.     The Government further claims that Plaintiffs can provide the same prospective on the issues in this action as the RO *Amici Curiae* "since Plaintiffs' new counsel, Mr. Zell is both general counsel and an executive team member of Republicans Overseas."  Again, the Government's reasoning is flawed because it ignores the RO *Amici Curiae*'s extensive interaction with millions of expatriate Americans, including hundreds of thousands that own and operate small businesses.

16.     The Government also ignores the limitations of Mr. Zell's role in this action.  Mr. Zell is counsel for Plaintiffs and will not be participating in the drafting of the memorandum of law that the RO *Amici Curiae* intend to file.

17.     Should this Court grant the relief requested herein, the RO *Amici Curiae* intend to file a brief within seven (7) days of the granting of this motion, that is less than twenty-five pages in length and that conforms with Local Civil Rule 5.4 and Rule 29(a)(4) of the Federal Rules of Appellate Procedure.

18.     As of the time of this filing, the RO *Amici Curiae* do not seek to participate in oral argument.

Dated:  May 19, 2020                          Respectfully Submitted,
                                              **REPUBLICANS OVERSEAS, INC.,**
                                              **REPUBLICANS OVERSEAS ALBANIA**,
                                              **ASSOCIATION REPUBLICANS OVERSEAS**
                                              **FRANCE**, **REPUBLICANS OVERSEAS**
                                              **HELLENIC REPUBLIC**, **REPUBLICANS**
                                              **OVERSEAS ISRAEL, A.R., REPUBLICANS**
                                              **OVERSEAS NORTH MACEDONIA,**
                                              **REPUBLICANS OVERSEAS SWEDEN,**
                                              **REPUBLICANS OVERSEAS SWITZERLAND,**
                                              **and REPUBLICANS OVERSEAS UK**,
                                              *By Counsel*

                                              */s/ J. William Eshelman*
                                              J. William Eshelman (D.C. Bar No. 141317)
                                              CLARK HILL PLC
                                              1001 Pennsylvania Avenue, NW
                                              Suite 1300 South
                                              Washington, DC 20004
                                              Telephone:  (202) 552-2374
                                              Facsimile:  (202) 572-8692
                                              weshelman@clarkhill.com

                                              */s/ Alexander R. Green*
                                              Alexander R. Green (D.C. Bar No. 1017781)
                                              CLARK HILL PLC
                                              1001 Pennsylvania Avenue, NW
                                              Suite 1300 South
                                              Washington, DC 20004
                                              Telephone:  (202) 552-2373
                                              Facsimile:  (202) 640-6691
                                              agreen@clarkhill.com

*Counsel for Amici Curiae, Republicans Overseas, Inc., and several of its foreign-registered chapters*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2020, a copy of the foregoing document was filed via the CM/ECF system, which will send out a notification of filing thereof to all counsel of record in this matter.

*/s/ Alexander R. Green*
Alexander R. Green (D.C. Bar No. 1017781)
CLARK HILL PLC
1001 Pennsylvania Avenue, NW
Suite 1300 South
Washington, DC 20004
Telephone:  (202) 552-2373
Facsimile:  (202) 640-6691
agreen@clarkhill.com

*Counsel for Amici Curiae, Republicans Overseas, Inc., and several of its foreign-registered chapters*