UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTE SILVER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **INTERNAL REVENUE SERVICE,** *et al.*, <br><br> Defendants. | Civil Action No.:  1:19-cv-00247-APM |

**NOTICE OF APPEARANCE OF J. WILLIAM ESHELMAN AND ALEXANDER R. GREEN AS ATTORNEYS FOR *AMICI CURIAE*, REPUBLICANS OVERSEAS, INC., AND SEVERAL OF ITS CHAPTERS**

May the Court, the Clerk, and all interested persons please take that J. William Eshelman and Alexander R. Green with the law firm of Clark Hill PLC hereby enter their appearance as attorneys for *Amici Curiae*, Republicans Overseas, Inc. ("RO"), as well as several of its chapters, including without limitation Republicans Overseas Albania ("RO-Albania"), Association Republicans Overseas France ("RO-France"), Republicans Overseas Hellenic Republic ("RO-Greece"), Republicans Overseas Israel, A.R. ("RO-Israel"), Republicans Overseas North Macedonia ("RO-North Macedonia"), Republicans Overseas Sweden ("RO-Sweden"), Republicans Overseas Switzerland ("RO-Switzerland"), and Republicans Overseas UK ("RO-UK") (collectively, the "RO *Amici Curiae*").  Mr. Eshelman and Mr. Green respectfully request that all further filings, orders, and communications be served upon them using the contact information provided below:

>J. William Eshelman (D.C. Bar No. 141317)
>CLARK HILL PLC
>1001 Pennsylvania Avenue, NW
>Suite 1300 South
>Washington, DC 20004
>Telephone:  (202) 552-2374

Facsimile:  (202) 572-8692
weshelman@clarkhill.com

Alexander R. Green (D.C. Bar No. 1017781)
CLARK HILL PLC
1001 Pennsylvania Avenue, NW
Suite 1300 South
Washington, DC 20004
Telephone:  (202) 552-2373
Facsimile:  (202) 640-6691
agreen@clarkhill.com

| | |
|---|---|
| Dated:  May 19, 2020 | Respectfully Submitted,<br>**REPUBLICANS OVERSEAS, INC.,****REPUBLICANS OVERSEAS ALBANIA**, **ASSOCIATION REPUBLICANS OVERSEAS FRANCE**, **REPUBLICANS OVERSEAS HELLENIC REPUBLIC**, **REPUBLICANS OVERSEAS ISRAEL, A.R., REPUBLICANS OVERSEAS NORTH MACEDONIA, REPUBLICANS OVERSEAS SWEDEN, REPUBLICANS OVERSEAS SWITZERLAND, and REPUBLICANS OVERSEAS UK**,<br>*By Counsel*<br><br>*/s/ J. William Eshelman*<br>J. William Eshelman (D.C. Bar No. 141317)<br>CLARK HILL PLC<br>1001 Pennsylvania Avenue, NW<br>Suite 1300 South<br>Washington, DC 20004<br>Telephone:  (202) 552-2374<br>Facsimile:  (202) 572-8692<br>weshelman@clarkhill.com<br><br>*/s/ Alexander R. Green*<br>Alexander R. Green (D.C. Bar No. 1017781)<br>CLARK HILL PLC<br>1001 Pennsylvania Avenue, NW<br>Suite 1300 South<br>Washington, DC 20004<br>Telephone:  (202) 552-2373<br>Facsimile:  (202) 640-6691<br>agreen@clarkhill.com |

*Counsel for Amici Curiae, Republicans Overseas, Inc., and several of its foreign-registered chapters*

### CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2020, a copy of the foregoing document was filed via the CM/ECF system, which will send out a notification of filing thereof to all counsel of record in this matter.

*/s/ Alexander R. Green*
Alexander R. Green (D.C. Bar No. 1017781)
CLARK HILL PLC
1001 Pennsylvania Avenue, NW
Suite 1300 South
Washington, DC 20004
Telephone: (202) 552-2373
Facsimile: (202) 640-6691
agreen@clarkhill.com

*Counsel for Amici Curiae, Republicans Overseas, Inc., and several of its foreign-registered chapters*

3