UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONTE SILVER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 1:19-cv-00247-APM |
| INTERNAL REVENUE SERVICE, et al., | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE OF
J. WILLIAM ESHELMAN, ESQ. FOR AMICI CURIAE,
<u>REPUBLICANS OVERSEAS, INC., AND SEVERAL OF ITS CHAPTER</u>S**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE of the appearance of J. William Eshelman, Esq., the undersigned, as counsel of record for Defendants Republicans Overseas, Inc. ("RO"), as well as several of its chapters, including without limitation Republicans Overseas Albania ("RO-Albania"), Association Republicans Overseas France ("RO-France"), Republicans Overseas Hellenic Republic ("RO-Greece"), Republicans Overseas Israel, A.R. ("RO-Israel"), Republicans Overseas North Macedonia ("RO-North Macedonia"), Republicans Overseas Sweden ("RO-Sweden"), Republicans Overseas Switzerland ("RO-Switzerland"), and Republicans Overseas UK ("RO-UK") (collectively, the "RO Amici Curiae").

Respectfully submitted,

/s/ J. William Eshelman
J. William Eshelman (D.C. Bar No. 141317)
CLARK HILL PLC
1001 Pennsylvania Avenue, N.W.,
Suite 1300 South
Washington, DC 20004
Telephone:(202) 552-2374
Facsimile: (202) 572-8692
Email:     weshelman@clarkhill.com

Counsel for Defendants
*Republicans Overseas, Inc.,*
*Republicans Overseas Albania,*
*Association Republicans Overseas France,*
*Republicans Overseas Hellenic Republic,*
*Republicans Overseas Israel, A.R.,*
*Republicans Overseas North Macedonia,*
*Republicans Overseas Sweden,*
*Republicans Overseas Switzerland, and*
*Republicans Overseas UK*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of May, 2020, a true and correct copy of the foregoing *Notice of Appearance of J. William Eshelman, Esq. for Amici Curiae, Republicans Overseas, Inc., and Several of Its Chapters* was electronically filed with the Clerk of the Court via CM/ECF, which will send notification to all counsel of record in this matter.

      *J. William Eshelman, Esq.*
      J. William Eshelman, Esq.