UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTE SILVER,** *et al.***,**<br><br>     Plaintiffs,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE,** *et al.***,**<br><br>     Defendants. | Civil Action No.: 1:19-cv-00247-APM |

**MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF
PERMITTING THE RO *AMICI CURIAE* TO FILE *AMICUS* BRIEF**

The RO *Amici Curiae* request leave to file the attached reply in further support of the Court permitting them to file an *amicus curiae* memorandum in support of the Motion for Summary Judgment [Dkt. No. 47] filed by Plaintiffs. As discussed in the attached reply, the Government's opposition to the RO *Amici Curiae* filing an *amicus curiae* memorandum exaggerates the law guiding the Court's decisions, adopts an overly narrow view of the RO *Amici Curiae*'s position, and overall is unduly dismissive of the opinions that the RO *Amici Curiae* wish to offer in the proposed *amicus curiae* memorandum. Particularly egregious is the Government's reference to the RO *Amici Curiae*'s position as "patently political." Because the Government's opposition was not so fully stated in its communications, the RO *Amici Curiae* request an opportunity to respond.

After conferring in good faith, counsel for the RO *Amici Curiae* was informed that the Government does not consent to the relief requested herein.

Dated:  June 1, 2020                             Respectfully Submitted,
                                                 **REPUBLICANS OVERSEAS, INC.,
                                                 REPUBLICANS OVERSEAS ALBANIA,
                                                 ASSOCIATION REPUBLICANS OVERSEAS
                                                 FRANCE, REPUBLICANS OVERSEAS
                                                 HELLENIC REPUBLIC**, **REPUBLICANS**

**OVERSEAS ISRAEL, A.R., REPUBLICANS OVERSEAS NORTH MACEDONIA, REPUBLICANS OVERSEAS SWEDEN, REPUBLICANS OVERSEAS SWITZERLAND, and REPUBLICANS OVERSEAS UK**,
*By Counsel*

*/s/ J. William Eshelman*
J. William Eshelman (D.C. Bar No. 141317)
CLARK HILL PLC
1001 Pennsylvania Avenue, NW
Suite 1300 South
Washington, DC 20004
Telephone: (202) 552-2374
Facsimile: (202) 572-8692
weshelman@clarkhill.com

*/s/ Alexander R. Green*
Alexander R. Green (D.C. Bar No. 1017781)
CLARK HILL PLC
1001 Pennsylvania Avenue, NW
Suite 1300 South
Washington, DC 20004
Telephone: (202) 552-2373
Facsimile: (202) 640-6691
agreen@clarkhill.com

*Counsel for Amici Curiae, Republicans Overseas, Inc., and several of its foreign-registered chapters*

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2020, a copy of the foregoing document was filed via the CM/ECF system, which will send out a notification of filing thereof to all counsel of record in this matter.

*/s/ Alexander R. Green*
Alexander R. Green (D.C. Bar No. 1017781)
CLARK HILL PLC