# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTE SILVER**, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**, *et al.*,<br><br>    Defendants. | Civil Action No.:  1:19-cv-00247-APM |

### ORDER GRANTING *AMICI CURIAE*, REPUBLICANS OVERSEAS, INC., AND SEVERAL OF ITS CHAPTERS LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Upon consideration of the motion entitled "Motion for Leave to File Memorandum of Law of *Amici Curiae*, Republicans Overseas, Inc., and several of its Chapters, in Support of Plaintiffs' Motion for Summary Judgment" (for convenience, the "Motion"), filed by *Amici Curiae*, Republicans Overseas, Inc. ("RO"), as well as several of its chapters, including without limitation Republicans Overseas Albania, Association Republicans Overseas France ("RO-France"), Republicans Overseas Hellenic Republic, Republicans Overseas Israel, A.R., Republicans Overseas North Macedonia, Republicans Overseas Sweden, Republicans Overseas Switzerland, and Republicans Overseas UK (collectively, the "RO *Amici Curiae*"), to which Plaintiffs consent, and considering any opposition by Defendants, it is now hereby

    **ORDERED** that the Motion is **GRANTED**; and

    **FURTHER ORDERED** that the RO *Amici Curiae* are granted leave to file a joint memorandum of law in support of the pending Motion for Summary Judgment [Dkt. No. 47], provided that the *amici curiae* memorandum is (i) filed within seven (7) days of the entry of this

order, (ii) less than twenty-five pages in length, and (iii) conforms with Local Civil Rule 5.4 and Rule 29(a)(4) of the Federal Rules of Appellate Procedure; and

**FURTHER ORDERED** that additional foreign-registered chapters affiliated with RO may join in the memorandum of law to be filed by the RO *Amici Curiae*, without needing to seek further leave of this Court.

Entered this _____ day of _____, 2020.

_____
Judge, U.S. District Court
for the District of Columbia

cc: All parties and counsel of record.