UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTE SILVER** and **MONTE SILVER, LTD.**, an Israel corporation<br><br>*Plaintiffs*<br><br>v.<br><br>**INTERNAL REVENUE SERVICE; UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES RETTIG**, in his official capacity as Commissioner of the Internal Revenue; and **JANET YELLEN**, in her official capacity as United States Secretary of the Treasury<br><br>*Defendants* | Civil Action No. 19-cv-0247-APM<br><br>Judge Amit P. Mehta<br><br><u>NOTICE OF APPEAL</u> |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs Monte Silver and Monte Silver, Ltd. hereby appeal to the United States Court of Appeals for the D.C. Circuit from the Orders entered in this action on March 28, 2021 (ECF 67, 68 and 69). Appellants note that they have filed a motion under Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure with regards to ECF 67 and 68. This motion is currently pending.

Respectfully submitted,

<u>Date</u>: May 25, 2021.

/s/ *Lawrence Marc Zell*

_____
Lawrence Marc Zell (DC Bar # 959437)
Noam Schreiber, *of counsel*
**ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC**
1345 Ave. of the Americas,
2nd Floor,
New York, NY 10105
e-mail: mzell@fandz.com
*Counsel for Plaintiffs*